In the Matter of the Estate of SIGMUND WECHSLER, Deceased. STELLA WECHSLER, Appellant; IRVING TRUST COMPANY, as Trustee, et al., Respondents.

Argued May 27, 1943; decided December 8, 1943.

*Helen L. Buttenwieser* for appellant.

*Forrest M. Anderson, Raymond M. White* and *Norman B. Murphy* for Irving Trust Company, as trustee, respondent.

Order affirmed with costs to the trustee-respondent, payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.